## United States Bankruptcy Court
### Western District of Michigan

In re  **Homeowner Solution Pros, Inc.**  
Debtor(s)

Case No.  
Chapter  **7**

## MOTION TO AMEND BANKRUPTCY PETITION

1. Debtor(s), **JOSEPH DELFGAUW**, commenced this case on ____ by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. On or about **12-22-2025** debtor(s) discovered that the following information had been inadvertently omitted from his/her/their Petition:

| Schedule(s) Affected: | Change(s): |
|---|---|
| Form 201: Voluntary Petition for Non-Indivduals | EIN: 33-4199692 |
| | |
| | |

WHEREFORE, Debtor(s) pray for an Order to Amend his/her/their Bankruptcy Petition to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Dated: **December 22, 2025**

/s/ **JOSEPH DELFGAUW**  
**JOSEPH DELFGAUW**/**PRESIDENT**  
Authorized Signer/Title

## ORDER

The motion of the above-named debtor(s), **JOSEPH DELFGAUW**, to amend his/her/their Bankruptcy Petition is sustained.

It is hereby ORDERED and DECREED that the Debtor's(s') Bankruptcy Petition is amended to reflect the following changes:

| Amendment(s) to Petition: Ein changed to 33-4199692 |
|---|
| |
| |
| |

Dated: _____

**U.S. BANKRUPTCY JUDGE**